# NO. 29467
## (HART v. TICOR TITLE INSURANCE)

**NOTE:** Order Granting/Accepting Application for Writ of Certiorari was filed on 01/24/12 under SCWC-29467 (attached).

**Electronically Filed
Supreme Court
SCWC-29467
24-JAN-2012
02:20 PM**

NO. SCWC-29467

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHARLES MITCHELL HART and LISA MARIE HART,
Petitioners/Plaintiffs-Appellants,

vs.

TICOR TITLE INSURANCE COMPANY,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29467; CIV. NO. 1RC08-1-3865)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioners/Plaintiffs-Appellants Charles Mitchell Hart and Lisa Marie Hart's application for writ of certiorari, filed on December 20, 2011, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 24, 2012.

Philip J. Leas,                    /s/ Mark E. Recktenwald
Calvert G. Chipchase,
and Christopher T. Goodin          /s/ Paula A. Nakayama
of Cades Schutte LLP for
petitioners/plaintiffs-            /s/ Simeon R. Acoba, Jr.
appellants on the
application and reply              /s/ James E. Duffy, Jr.

Francis P. Hogan                   /s/ Sabrina S. McKenna
and Connie C. Chow
of Ashford & Wriston
for respondent/defendant-
appellee on the response

